UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Orlando Woods                                  Chapter 13
                                                        Case No. ___
Debtor.

# Chapter 13 Plan

Address:   Debtor   914 Maria Street, Memphis, TN 38122

Plan Payment:

Debtor Shall Pay:   $220.00   Every Two Weeks    By:   ( ) Direct Pay _____
Or by:  ( x ) Payroll Deduction   Conair, 150 Milford Road, Hightstown, NJ 08520

1. This Plan [Rule 3015.1 Notice]:

    (A) Contains a Non-standard Provision [See provision 19].                                    (X) Yes   ( )  No

    (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (x) Yes   ( )  No
        [See provisions 7 and 8].

    (C) Avoids a Security Interest or Lien. [See provision 12].                                  (x) Yes   ( )  No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.
3. Auto Insurance:    ( ) Included in Plan    Or ( ) Not Included in Plan if proof provided by Debtor
4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment   ( ) Trustee To:      Monthly Pmt.
        ongoing payment begins  _____
                                 Approximate arrearage  _____
        ongoing payment begins  _____
                                 Approximate arrearage  _____

5. Priority Claims:                                                                          Monthly Pmt.
    Internal Revenue Service                   Amount        $2,408.00          $41.00
                                               Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:           Monthly Pmt.
        ongoing payment begins  _____
        Approximate arrearage  _____  Interest  _____
        ongoing payment begins  _____
        Approximate arrearage  _____  Interest  _____

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmnt.
    Check into Cash (2005 Chevrolet)                           $4,163.90           0.00%           $83.00
    Royal Furniture                                            $736.00             0.00%           $15.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

| | Collateral | |
|---|---|---|
| | Collateral | |

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| TN Dept of Safety (Reinstatement Fee) | $65.00 | 0.00% | Lump |
| | | | |

11. Student Loan Claims and Other Long Term Claims:

| | | |
|---|---|---|
| | ( ) Not Provided For | ( ) General Unsecured Creditor |
| | ( ) Not Provided For | ( ) General Unsecured Creditor |

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

    Heights Finance

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    Thu Truong                                    (x) Assume      ( ) Reject
    _____               ( ) Assume      ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract.

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Marcelle Z. Nia          Date   February 13, 2019
    Debtor's Attorney's Signature                                                    February 13, 2019

                                                                                     910 > August 17, 2016